**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 21-2-DLB**

**JUDITH BATES SKELTON**                                                              **PLAINTIFF**

**v.**                                                  **<u>JUDGMENT</u>**

**KILOLO KIJAKAZI, Acting Commissioner**
**of the Social Security Administration**                                    **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \*

      Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

      (1)    The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

      (2)    Plaintiff Judith Bates Skelton's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

      (3)    The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

      (4)    This is a final and appealable order and no just cause for delay exists.

This 1st day of August, 2022.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge